

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00999-CV

SAHAMI INVESTMENTS, LTD, Appellant/Cross-Appellee

V.

STATELY HOMES, LLC, THEODORE MORE, AND BRYAN PHILLIPS,
Appellees/Cross-Appellants

Appeal from the 113th District Court of Harris County (Tr. Ct. No. 2014-12172)

After due consideration, the Court **grants** the parties' joint motion to dismiss this appeal. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that costs incurred by reason of this appeal are taxed against the party incurring same.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered May 12, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.